■ The People of the State of New York, Respondent, v Jose Santiago, Appellant. [932 NYS2d 718]—

Under the facts of this case, the Supreme Court providently exercised its discretion in denying the defendant's request for an adjournment of the Sex Offender Registration Act hearing (*see People v Sherard,* 73 AD3d 537 [2010]; *People v Wright,* 53 AD3d 963, 964 [2008]; *People v Ellis,* 52 AD3d 1272, 1273 [2008]; *People v Di John,* 48 AD3d 1302, 1303 [2008]).

The defendant's remaining contentions are without merit. Rivera, J.P., Angiolillo, Belen and Roman, JJ., concur.